AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Baker DC, LLC et alia | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 15-cv-00571-ABJ |
| National Labor Relations Board | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Shannon W. Cotton, Michael A. Murphy and Jorge E. Gonzalez Villareal.

Date: 04/21/2015

/s/ Glenn M. Taubman
*Attorney's signature*

Glenn M. Taubman - DC Bar No. 384079
*Printed name and bar number*

National Right to Work Legal Foundation
8001 Braddock Rd., Suite 600
Springfield, VA 22160
*Address*

gmt@nrtw.org
*E-mail address*

(703) 321-8510
*Telephone number*

(703) 321-9319
*FAX number*