AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| BAKER DC, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  15-cv-00571 |
| NATIONAL LABOR RELATIONS BOARD | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curiae The Chamber of Commerce of the United States of America, et al.    .

Date:   04/21/2015

/s/ Allyson N. Ho
*Attorney's signature*

Allyson N. Ho (D.C. Bar No. 477589)
*Printed name and bar number*
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

*Address*

aho@morganlewis.com
*E-mail address*

(202) 739-3000
*Telephone number*

(202) 739-3001
*FAX number*