IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAKER DC, LLC, <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>NATIONAL LABOR RELATIONS BOARD, <br><br>　　　　　Defendant. | Case No. 15-cv-00571 <br> Judge Amy Berman Jackson |

**UNOPPOSED MOTION OF CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, COALITION FOR A DEMOCRATIC WORKPLACE, NATIONAL ASSOCIATION OF MANUFACTURERS, NATIONAL RETAIL FEDERATION, AND SOCIETY FOR HUMAN RESOURCE MANAGEMENT FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* IN SUPPORT OF PLAINTIFF**

Kathryn Comerford Todd (D.C. Bar No. 477745)
Tyler Green (D.C. Bar No. 982312)
Steven P. Lehotsky (D.C. Bar No. 992725)
Warren Postman (D.C. Bar No. 995083)
U.S. CHAMBER LITIGATION CENTER, INC.
1615 H Street, N.W.
Washington, D.C. 20062
202.463.5337

*Counsel for Amicus Chamber of Commerce of the United States of America*

Linda Kelly (D.C. Bar No. 477635)
Patrick N. Forrest (D.C. Bar No. 489950)
MANUFACTURERS' CENTER FOR LEGAL ACTION
733 10th Street NW, Suite 700
Washington, D.C. 20001
202.637.3061

*Counsel for Amicus National Association of Manufacturers*

Allyson N. Ho (D.C. Bar No. 477589)
Charles I. Cohen (D.C. Bar No. 284893)
Michael W. Steinberg (D.C. Bar No. 964502)
Jonathan C. Fritts (D.C. Bar No. 464011)
David R. Broderdorf (D.C. Bar No. 984847)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
202.739.3000

*Counsel for Amici Curiae*

The Chamber of Commerce of the United States of America, the Coalition for a Democratic Workplace, the National Association of Manufacturers, the National Retail Federation, and the Society for Human Resource Management, respectfully move for leave to file a brief as *amici curiae* in support of plaintiff.  A copy of the proposed brief is being filed with this motion, which is unopposed, along with a proposed order.  In support of this motion, *amici* state:

1. *Amici* collectively represent millions of employers and human resource professionals in companies covered by the NLRA and subject to the Final Rule.  These employers, in turn, employ millions of employees who are not currently represented by a union but are covered by the NLRA and thus entitled to petition the Board to hold a representation election in accordance with the Final Rule's expedited procedures.

2. *Amici* are plaintiffs in Case No. 1:15-cv-00009-ABJ, filed on January 5, 2015, to challenge the NLRB's "ambush" or "quickie" election rule (the "Final Rule"), issued on December 15, 2014.  Representation—Case Procedures, 79 Fed. Reg. 74,308, (Dec. 15, 2014).  *Amici* have moved for summary judgment in that case, raising constitutional, statutory, and APA arguments against the Final Rule.  The National Labor Relations Board (Board), the defendant in *amici*'s lawsuit, cross-moved for summary judgment; both motions have been fully briefed since April 1, 2015.

3. Good cause exists to grant this motion as *amici* seek to file this brief in order to address the overlap between certain issues in their case and issues raised by the Court in connection with plaintiff Baker DC, LLC's motion for a temporary restraining order here.

4. Pursuant to LCvR 7(m), Counsel have conferred via email and neither party opposes this motion. The NLRB requests an opportunity to respond by the close of business on Wednesday, April 22, 2015.

*Amici* respectfully request that this Court grant the unopposed motion for leave to file brief of *amici curiae*.

Dated: April 21, 2015

Respectfully submitted,

/s/ Allyson N. Ho

| | |
|---|---|
| Kathryn Comerford Todd (D.C. Bar No. 477745) | Allyson N. Ho (D.C. Bar No. 477589) |
| Tyler Green (D.C. Bar No. 982312) | Charles I. Cohen (D.C. Bar No. 284893) |
| Steven P. Lehotsky (D.C. Bar No. 992725) | Michael W. Steinberg (D.C. Bar No. 964502) |
| Warren Postman (D.C. Bar No. 995083) | Jonathan C. Fritts (D.C. Bar No. 464011) |
| U.S. CHAMBER LITIGATION CENTER, INC. | David R. Broderdorf (D.C. Bar No. 984847) |
| 1615 H Street, N.W. | MORGAN, LEWIS & BOCKIUS LLP |
| Washington, D.C. 20062 | 1111 Pennsylvania Avenue, N.W. |
| 202.463.5337 | Washington, D.C. 20004 |
| | 202.739.3000 |

*Counsel for Amicus Chamber of Commerce of the United States of America*

*Counsel for Amici Curiae*

Linda Kelly (D.C. Bar No. 477635)
Patrick N. Forrest (D.C. Bar No. 489950)
MANUFACTURERS' CENTER FOR LEGAL ACTION
733 10th Street, N.W., Suite 700
Washington, D.C. 20001
202.637.3061

*Counsel for Amicus National Association of Manufacturers*